FILED
CLERK, U.S. DISTRICT COURT
2/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CDO\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>TENAJ TAYLOR,<br><br>           Defendant. | CR No. 2:24-cr-00081-JC<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1701: Obstruction of Mails]<br><br>**[CLASS B MISDEMEANOR]** |

The United States Attorney charges:

[18 U.S.C. § 1701]

On or about December 21, 2022, in Los Angeles County, within the Central District of California, defendant TENAJ TAYLOR knowingly and willfully obstructed and retarded the passage of mail, in that defendant TAYLOR obtained a $10 Target gift card that was contained

\\

\\

\\

in the United States mail and removed the gift card from the United States mail without it being delivered.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

BENEDETTO L. BALDING
Assistant United States Attorney
Deputy Chief, General Crimes Section

K. AFIA BONDERO
Assistant United States Attorney
General Crimes Section