# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
2/7/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CDO___ DEPUTY

Case Number: 2:24-cr-00081-JC
U.S.A. v. Tenaj Taylor
[ ] Indictment  [✓] Information

Defendant Number: 1
Year of Birth: 1989
Investigative agency (FBI, DEA, etc.): USPS OIG

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
  [ ] Class A Misdemeanor  [ ] Minor Offense  [ ] Petty Offense
  [✓] Class B Misdemeanor  [ ] Class C Misdemeanor  [ ] Felony

b. Date of Offense: December 21, 2022

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
  [✓] Los Angeles   [ ] Ventura
  [ ] Orange        [ ] Santa Barbara
  [ ] Riverside     [ ] San Luis Obispo
  [ ] San Bernardino [ ] Other _____

Citation of Offense: 18 USC 1701

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
  [✓] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
  [ ] Eastern (Riverside and San Bernardino)  [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
  [✓] No  [ ] Yes
  If "Yes," Case Number: _____

Pursuant to General Order 21-01, criminal cases may be related if a previously filed indictment or information and the present case:
  a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
  b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): N/A

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number: N/A
Assigned Judge: N/A
Charging: N/A
The complaint/CVB citation:
  [ ] is still pending
  [ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?  [ ] No  [✓] Yes
IF YES, provide Name: Nadine Hettle
Phone Number: (213) 894-4790

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
  [ ] Yes*  [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*  [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**  [ ] Yes  [ ] No

This is the _____ superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number N/A

The superseded case:
  [ ] is still pending before Judge/Magistrate Judge N/A
  [ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
  [ ] Yes*  [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
  [ ] Yes*  [ ] No

Was a Notice of Complex Case filed on the Indictment or Information?
  [ ] Yes  [ ] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☐ Male ☑ Female
☑ U.S. Citizen ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☐ government fraud
☐ environmental issues
☐ narcotics offenses
☐ violent crimes/firearms
☐ public corruption
☐ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud
☑ Other   mail offense

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district: N/A

Defendant is **in custody**:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: N/A
   Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P. __20__ __21__ __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A

Date   02/07/2024

Signature of Assistant U.S. Attorney
K. Afia Bondero
Print Name